# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALVIN LAMAR BROWN,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT and STATE OF NEVADA,<br><br>Defendants. | Case No. 2:16-CV-00676-APG-VCF<br><br>**ORDER** |

On March 28, 2016, the court received the plaintiff's civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff Calvin Brown did not file an application to proceed in forma pauperis and he did not pay the filing fee. I therefore directed the clerk of court to send to Brown an application to proceed in forma pauperis, and ordered Brown to complete the application or pay the filing fee by May 9, 2016, or this action would be dismissed without prejudice. The clerk's office mailed the form on April 8, 2016. ECF No. 2. Brown has not filed an application to proceed in forma pauperis and he has not paid the filing fee.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

DATED this 19th day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE